# IN THE SUPREME COURT OF PENNSYLVANIA

RE:  APPOINTMENT TO JUDICIAL      :  No. 675
                                           :
CONDUCT BOARD                           :  SUPREME COURT RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 21st day of August, 2015, the Honorable P. Kevin Brobson, Dauphin County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years commencing August 31, 2015.